974

No. 99–6040. MESSERE v. MALONEY, COMMISSIONER, MASSA-CHUSETTS DEPARTMENT OF CORRECTION, ET AL. App. Ct. Mass. Certiorari denied. 

No. 99–6041. CROMARTIE v. GEORGIA. Sup. Ct. Ga. Certiorari denied. 

No. 99–6042. COOK v. GEORGIA. Sup. Ct. Ga. Certiorari denied. 

No. 99–6047. KAMPMANN v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 99–6048. MOORE v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 99–6049. VIRAY v. BENEFICIAL CALIFORNIA, INC. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 99–6053. MAGIC v. GENERAL ELECTRIC CO. C. A. 7th Cir. Certiorari denied. 

No. 99–6058. GRAHAM v. TEXAS. Ct. Crim. App. Tex. Certiorari denied. 

No. 99–6059. GLASPER v. RICE, WARDEN. C. A. 9th Cir. Certiorari denied. 

No. 99–6060. HOWARD v. LOUISIANA. Sup. Ct. La. Certiorari denied. 

No. 99–6066. DEVERNEY v. MINNESOTA. Sup. Ct. Minn. Certiorari denied. 

No. 99–6067. BROWN v. MCCAUGHTRY, WARDEN. C. A. 7th Cir. Certiorari denied. 

No. 99–6068. CHO v. HAWAII. Sup. Ct. Haw. Certiorari denied. 

No. 99–6069. BARNES v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 99–6072. LEDFORD v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.